

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ROSA SERRANO, | § | No. 08-17-00190-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D00317) |
| | § | |

## O R D E R

The Court has this day considered the Honorable Luis Aguilar's request for extension of time to file the Trial Court's Certification of Defendant's Right to Appeal and concludes the motion should be GRANTED.

Therefore, the trial court has until **February 9, 2018** to file the Trial Court's Certification of Defendant's Right to Appeal pursuant to this Court's order of December 11, 2017. The District Clerk shall prepare and forward a supplemental clerk's record containing the Trial Court's Certification of Defendant's Right to Appeal on or before February 19, 2018.

IT IS SO ORDERED this 11th day of January, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.